
ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                              No. 4:23-CR-001-O

MARK ANTHONY MACEYRA  (02)

## FACTUAL RESUME

**INDICTMENT:**   Count One:  Conspiracy to Possess with Intent to Distribute a
Controlled Substance (methamphetamine) (in violation of
21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

**PENALTY:**  $5,000,000 fine - not less than 5 years imprisonment and not more than 40
years imprisonment, or both such fine and imprisonment, plus a term of
supervised release of not less than 4 years.

**MAXIMUM PENALTY:**

$5,000,000 fine and not less than five (5) years nor more than forty (40)
years imprisonment, plus a term of supervised release of not less than 4
years.  If the defendant violates any condition of supervised release, the
Court may revoke such term of supervised release and require the defendant
to serve an additional period of confinement.  Further the Court must
impose a Mandatory Special Assessment of $100.00.

**ELEMENTS OF THE OFFENSE:**
The essential elements which must be proved beyond a reasonable doubt in order to
establish the offenses charged in Count One of the Indictment are as follows:

**First:**         That two or more persons, directly or indirectly, reached an agreement to
distribute or possess with intent to distribute a controlled substance, as
charged in the indictment;

**Second:**      That the defendant knew of the unlawful purpose of the agreement;

**Third:**        That the defendant joined in the agreement willfully, that is, with the intent
to further its unlawful purpose;

**Factual Resume - Page 1**

Fourth:        That the overall scope of the conspiracy involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and

Fifth:         That the defendant knew or reasonably should have known that the scope of the conspiracy involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## STIPULATED FACTS:

On November 30, 2022, Mark Maceyra and Eric Lopez ~~were transporting~~ *WERE TRANSPORTING* more than 50 grams of methamphetamine ~~~~ from one house in Fort Worth, Texas to another location. While transporting the methamphetamine, Maceyra and Lopez were arrested by officers with the Fort Worth Police Department. In this manner, Mark Maceyra conspired with others to possess with intent to distribute more than 50 grams of methamphetamine.

SIGNED this *20TH* day of *JANUARY*_____, 2023.


_____
MARK ANTHONY MACEYRA
Defendant

_____
MARK DANIELSON
Counsel for Defendant

Factual Resume - Page 2